ERIC GRANT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW LOUIS COLLINS,

Defendants.

CASE NO.: 2:24-CR-00186-TLN

ORDER RECALLING ARREST WARRANT AND ISSUING SUMMONS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant issued for Matthew Lous Collins for a violation petition filed on June 23, 2026, shall be RECALLED and a summons shall be issued directing Collins to appear before the duty magistrate judge on August 13, 2026, at 2 p.m. for an initial appearance on the revocation petition.

DATED: August 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE