HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
PHILIP ISSA, Bar No. 90007347 (District of Columbia)
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Collins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MATTHEW COLLINS,<br>Defendant. | Case No. 2:24CR00186-TLN<br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br>Date: October 15, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Ross Pearson, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Philip Issa, counsel for Defendant, that the previously scheduled Admit/Deny set for October 15, 2026, be continued to **January 14, 2027, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. The defendant is receiving substance abuse treatment through the California Recovery Center's Partial Hospitalization Program, a five-hour-a-day, five-day-a-week program.
2. The defendant is making progress in treatment.
3. The interests of justice are served by continuing the defendant's upcoming hearing to avoid disrupting his participation in treatment.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 13, 2026

*/s/ Philip Issa*
PHILIP ISSA
Assistant Federal Defender
Attorneys for Defendant
Mr. Collins

Date: October 13, 2026

ERIC GRANT
United States Attorney

*/s/ Ross Pearson*
Ross Pearson
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 13, 2026

Troy L. Nunley
Chief United States District Judge